AO 442 (Rev. 1/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Traci Isaacs | ) Case: 1:22-mj-00128 |
| | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 6/6/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Traci Isaacs
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Remaining in a Restricted Building With Intent to Impede or Disrupt Official Functions;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct on the Capitol Grounds, Parading in a Capitol Building;
18 U.S.C. § 1512(c)(1) - Impair a Record or Document for use in an Official Proceeding.

Date:   06/06/2022

Zia M. Faruqui
2022.06.06 19:13:03
-04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/10/2022, and the person was arrested on *(date)* 6/15/2022
at *(city and state)* St. Cloud, Florida

Date:  6/15/2022

*Arresting officer's signature*

TFO/JTTF   Jesuel Cortes
*Printed name and title*